MARY COOPER, as Administratrix, etc., v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before May 1, 1931, with notice of argument for May 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PAL-GIL HOME BUILDERS CORPORATION v. KINGSBORO MORTGAGE CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before May 7, 1931, with notice of argument for May 22, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHAS. S. WOOD & COMPANY, INC., v. ALVORD & SWIFT.— Motion to dismiss appeal granted, with ten dollars costs, unless defendant, appellant, procure the appellant's points to be filed on or before April 28, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ELSA KARCHER MANTIUS v. OTTO MANTIUS.— Motion to dismiss appeal denied with leave to renew after an opportunity has been afforded defendant to move at Special Term for resettlement of the order appealed from. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PETER TETRO v. JOHN TASSIELLI and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record to be filed on or before April 24, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PAULINE GOLDBERG v. ROSBRO REALTY CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure an undertaking on appeal to be filed within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JEAN LEWIS v. DAVID M. NATANSON.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued or submitted on May 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JACK TAREILA v. THE HOTEL HUDSON, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before April 30, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING ASHKENAS and ROSE ROSENBERG.— Preference granted for April 28, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. `

ILA H. SAMPLE and Others v. J. WARREN STOKES.— Motion denied and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of AUGUSTUS W. CLARKE.— Motion granted on condition that the appeal be diligently prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES KALFAYAN, Respondent, v. COMPAGNIE FRANCAISE DE NAVIGATION A. VAPEUR (CYPRIEN FABRE ET CIE), Appellant.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Sherman and Townley, JJ., dissent.

* Revd., 257 N. Y. 572.